UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 21-cr-00295 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JOSUE NAVA (01)<br>AILIN FERNANDA ROCHA NEVAREZ (02) | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Defendants' Motions to Suppress [Record Documents 36 & 37] be **DENIED**. Given the Court's conclusion, the argument that any post-arrest inculpatory statements should be excluded is likewise rejected; however, the Court finds this contention has been properly preserved for the record.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 17th day of November, 2022.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE